# SEALED

RICHARD E. SIMPSON
ROBERT I. DODGE
GERALD W. HODGKINS
GREGORY G. FARAGASSO
DANETTE R. EDWARDS
THOMAS C. SWIERS
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549
Telephone: (202) 551-4492 (Simpson)
simpsonr@sec.gov
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN YOSHIHIRO FUJINAGA and<br>MRI INTERNATIONAL, INC.,<br><br>Defendants,<br><br>and<br><br>CSA Service Center, LLC,<br><br>Relief Defendant. | Case No.: 2:13-cv-01658-JCM-CWH |

**ORDER GRANTING THE PLAINTIFF'S
MOTION TO SEAL THE RECORD**

(Filed Under Seal)

Plaintiff Securities and Exchange Commission has moved pursuant to Rule 65(b) of the

Federal Rules of Civil Procedure for entry of a Temporary Restraining Order to shut down an

alleged Ponzi scheme. In addition to seeking to file its application *ex parte*, the SEC requests that all papers filed in the action, including the complaint and civil cover sheet, be filed by the Office of the Clerk under seal to prevent notice to the defendants of the pending action until the SEC serves the Temporary Restraining Order on the defendants and relief defendant CSA Service Center, LLC. The SEC states that the sealing of the record will be temporary and that it will move to unseal after it serves the Temporary Restraining Order on the defendants and relief defendant.

It appears that the public interest will be served in preserving and preventing the dissipation of funds of investors who are alleged to have been defrauded, and permitting the record to be sealed for a brief period poses no genuine hardship.

THEREFORE, IT IS HEREBY ORDERED THAT the record in this action, including the complaint and civil cover sheet, be kept under seal until further notice.

SO ORDERED.

Date: September 12, 2013.

_____
UNITED STATES DISTRICT JUDGE