# SEALED

```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  District of Nevada

 3  BLAINE T. WELSH
    Assistant United States Attorney
 4  Nevada Bar No. 4790
    333 Las Vegas Boulevard South, Suite 5000
 5  Las Vegas, Nevada 89101
    Telephone: (702) 388-6336
 6  Facsimile: (702) 388-6787
    Email: Blaine.Welsh@usdoj.gov
 7
    Attorneys for the United States.
 8
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No: |
| EDWIN YOSHIHIRO FUJINAGA and MRI INTERNATIONAL, INC., | )<br>) |
| Defendants, | ) |
| and | ) |
| CLAIMS SERVICING OF AMERICA, LLC, | ) |
| Relief Defendant. | ) |

## MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY
### (FILED UNDER SEAL)

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Richard Simpson to practice before this honorable Court in all matters relating to the above-captioned case.

1

Mr. Simpson is an attorney with the Securities and Exchange Commission, an agency of the federal government, and is a member in good standing of the New York State Bar (No. 2375814) and the Illinois State Bar (No. 6192549).

The following contact information is provided to the Court:

> Richard Simpson
> Assistant Chief Litigation Counsel
> Division of Enforcement
> United States Securities and Exchange Commission
> 100 F Street, NE
> Washington, DC 20549
> Tel. (202) 551-4492
> Fax (202) 772-9244
> simpsonr@sec.gov

Accordingly, the United States respectfully requests that an order be issued allowing Mr. Simpson to practice before this honorable Court.

Respectfully submitted this 10th day of September 2013.

> DANIEL G. BOGDEN
> United States Attorney
>
> /s/ Blaine T. Welsh
> BLAINE T. WELSH
> Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 18, 2013

2