# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff(s),<br><br>v.<br><br>EDWIN YOSHIHIRO FUJINAGA and MRI INTERNATIONAL, INC.,<br><br>            Defendant(s),<br><br>    and<br><br>CLAIMS SERVICING OF AMERICA, LLC,<br><br>            Relief Defendant. | 2:13-CV-1658 JCM (CWH) |

## ORDER

Presently before the court is plaintiff's motion to unseal the record as to all filings on this action. (Doc. # 12).

In a previous order, this court granted the plaintiff's motion to seal the record pending the court's decision on its motion for a temporary restraining order. (Doc. # 1). The granted the motion to seal the record (doc. # 9) and subsequently granted the motion for a temporary restraining order. (Doc. # 10). Plaintiff now moves to unseal the record.

**James C. Mahan**
**U.S. District Judge**

1    The court finds that it is appropriate to unseal the record in this case.

2    Accordingly,

3    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to
4    unseal the record as to all filings in this case (doc. # 12) be, and the same hereby, is GRANTED.

5    DATED September 25, 2013.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -