UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff(s),<br><br>v.<br><br>EDWIN YOSHIHIRO FUJINAGA and MRI INTERNATIONAL, INC.,<br><br>Defendant(s),<br><br>and<br><br>CLAIMS SERVICING OF AMERICA, LLC,<br><br>Relief Defendant. | 2:13-CV-1658 JCM (CWH) |

**ORDER**

Presently before the court is plaintiff's motion to unseal the record as to all filings on this action. (Doc. # 12).

In a previous order, this court granted the plaintiff's motion to seal the record pending the court's decision on its motion for a temporary restraining order. (Doc. # 1). The granted the motion to seal the record (doc. # 9) and subsequently granted the motion for a temporary restraining order. (Doc. # 10). Plaintiff now moves to unseal the record.

**James C. Mahan**
**U.S. District Judge**

1. The court finds that it is appropriate to unseal the record in this case.
2. Accordingly,
3. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to unseal the record as to all filings in this case (doc. # 12) be, and the same hereby, is GRANTED.
5. DATED September 25, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**