UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN YOSHIHIRO FUJINAGA and<br>MRI INTERNATIONAL, INC.,<br><br>Defendants,<br><br>and<br><br>CSA Service Center, LLC,<br><br>Relief Defendant. | Case No.: 2:13-cv-1658-JCM-CWH<br><br>**JOINT STIPULATION TO ADJOURN THE PRELIMINARY INJUNCTION HEARING TO OCTOBER 15, 2013** |

Plaintiff Securities and Exchange Commission, defendants Edwin Fujinaga and MRI International, Inc., and relief defendant CSA Service Center, LLC, hereby stipulate to and request at least an eleven-day adjournment of the preliminary injunction hearing set for October 4, 2013 at 10:00 a.m. until on or about October 15, 2013.

WHEREAS the Court entered the Temporary Restraining Order on September 12, 2013;

WHEREAS the parties stipulated and the Court granted the parties' request to adjourn the preliminary injunction hearing from September 25 to October 4, 2013;

WHEREAS the parties reached an agreement in principle on a consented preliminary injunction on September 27, 2013, and began negotiating with respect to the language of the same; and

WHEREAS the parties are still negotiating with respect to the language of the consented preliminary injunction;

THE PARTIES STIPULATE AND REQUEST that:

1.  The presently scheduled preliminary injunction set for October 4, 2013, at 10:00 a.m. be adjourned and held on or about October 15, or at a time convenient for the Court around this date.

2.  The SEC shall have until October 10, 2013 to file and serve any reply papers in support of its application for a preliminary injunction.

3.  The terms of the September 12, 2013 temporary restraining order shall remain in full force and effect up to and including the conclusion of the preliminary injunction hearing on October 15, 2013, at 11:00 am.

Dated:  Washington, D.C.
       October 3, 2013

Respectfully submitted,

/s/ *Richard E. Simpson*
Richard E. Simpson
Attorney for Plaintiff
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4492 (Simpson)
simpsonr@sec.gov

/s/ *Erick Ferran*
Erick Ferran
Nevada Bar # 9554
Hitzke & Associates
Attorneys for Defendants
And Relief Defendant
3753 Howard Hughes Parkway
Suite 200
Las Vegas, NV 89169
Erick.ferran@ahlaw.net

IT IS SO ORDERED.  Preliminary injunction hearing presently scheduled for October 4, 2013, at 10:00 am is hereby VACATED and rescheduled for October 15, 2013, at 11:00 am.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

3