DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EDWIN YOSHIHIRO FUJINAGA, *et al.,*<br><br>　　　　　　　Defendants. | Case No: 2:13-cv-01658-JCM-CWH |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit James A. Kidney to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Kidney is an attorney with the Securities and Exchange Commission, an agency of the federal government, and is a member in good standing of the District of Columbia Bar (No. 252924).

1

The following contact information is provided to the Court:

    James A. Kidney
    Assistant Chief Litigation Counsel
    Division of Enforcement
    United States Securities and Exchange Commission
    100 F Street, NE
    Washington, DC 20549
    Tel. (202) 551-4441
    Fax (202) 772-9282
    kidneyj@sec.gov

Accordingly, the United States respectfully requests that an order be issued allowing James A. Kidney to practice before this honorable Court.

Respectfully submitted this 13th day of November 2013.

                              DANIEL G. BOGDEN
                              United States Attorney

                              */s/ Blaine T. Welsh*
                              BLAINE T. WELSH
                              Assistant United States Attorney

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE
DATED: November 14, 2013