JAMES A. KIDNEY
DANETTE EDWARDS
THOMAS SWIERS
100 F St., NE
Washington, D.C. 20549-5949
(202) 551-4441 (Kidney)
(202) 772-9282 (Fax)
kidneyj@sec.gov
Attorneys for the Securities and Exchange
Commission

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) <br> ) Case No.: 2-13-cv-1658 <br> ) JCM-CWH |
| Plaintiff, | ) |
| | ) ORDER TO SHOW CAUSE |
| v. | ) WHY DEFENDANTS AND RELIEF |
| | ) DEFENDANT SHOULD NOT BE HELD |
| **EDWIN YOSHIHIRO FUJINAGA,** | ) IN CONTEMPT OF COURT |
| et al., | ) |
| | ) |
| Defendants. | ) |

On application of plaintiff, the Securities and Exchange Commission ("SEC" or "the Commission"), defendants Edwin Y. Fujinaga ("Fujinaga") and MRI International, Inc. ("MRI") and relief defendant CSA Service Center, LLC ("CSA") are HEREBY ORDERED TO SHOW CAUSE why any or each of them should not be held in contempt of the orders of this Court requiring defendants and the relief defendant to provide an accounting of assets by October 15, 2013 and, further, why any or each of them should not also be held in contempt for violating the asset freeze entered on September 12 and October 7, 2013.

Specifically, the defendants and relief defendant are ordered to show cause why an order should not be entered:

(a)     Directing defendants and relief defendant to pay into the Court Registry all funds they have dissipated in violation of the Court's orders of September 12 and October 7, 2013, freezing the assets under the direction or control of the defendants and the relief defendant.

(b)     Ordering defendants and the relief defendant to comply with the verified written accounting provisions ordered by this Court on September 12 and October 7 and, should such accounting not be provided to the plaintiff within five (3) days of the entry of this Order, require defendant Fujinaga to pay into the court registry $500 (five hundred dollars) for each day in which an accounting is not provided, with the possibility of incarceration if an accounting is not provided within ten (10) days of entry of this Order.  The counting of the days shall include weekends and holidays.

(c)     Ordering the defendants to provide within three (3) days of the entry of this order all records related to the income and expenditures used to support defendant Fujinaga and his family beginning on September 12, 2013 when an asset freeze was first entered and all records disclosing income and disposition of income in 2012 and 2013 by any defendant or relief defendant, whether acting directly or indirectly through others.  Should the records not be provided as ordered, defendant Fujinaga shall pay into the court registry $500 for each day in which the records are not provided, with the possibility of incarceration if the records are not completely produced to counsel for the plaintiff within ten (10) days of the entry of this Order.  The counting of the days shall include weekends and holidays.

(d)     Ordering defendant Fujinaga to surrender his passport to the Court within one day of entry of the order.

IT IS FURTHER ORDERED that defendants and the relief defendant, and Mrs. June Fujinaga, the wife of defendant Edwin Fujinaga, appear in person, testify concerning the alleged violations of the Orders, and show cause, if there be any, to this Court at 10:00 am on February 27, 2014 Courtroom 6A                                              , at the Lloyd D. George United States

Courthouse, 333 Las Vegas Blvd., South, Las Vegas, Nevada, why this Court should not enter an order providing for the relief described herein.

IT IS FURTHER ORDERED that defendants and the relief defendant and, at her discretion, June Fujinaga, shall deliver via email to counsel for the plaintiff, James A. Kidney, kidneyj@sec.gov, any papers opposing the entry of an order as described herein no later than _February 14_, 2014, at 5:00 p.m. Pacific Standard Time. The Commission shall have until _February 20_, 2014, at 5:00 p.m. Pacific Standard Time, to serve via email on counsel for the defendants and for June Fujinaga any reply papers.

SO ORDERED.

Date: February 7, 2014

_____
UNITED STATES DISTRICT COURT