RICHARD SIMPSON
JAMES A. KIDNEY
GERALD W. HODGKINS
GREGORY G. FARAGASSO
DANETTE EDWARDS
THOMAS SWIERS
100 F St., NE
Washington, D.C. 20549-5949
(202) 551-4492 (Simpson)
(202) 772-9282 (Fax)
simpsonr@sec.gov
Attorneys for the Securities and Exchange Commission

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | Case No.: 2-13-cv-1658 JCM-CWH |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT** |
| **EDWIN YOSHIHIRO FUJINAGA,** et al., | |
| Defendants. | |
| and | |
| **CSA SERVICE CENTER, LLC, THE FACTORING CO., JUNE FUJINAGA** and **THE YUNJI TRUST** | |
| Relief Defendants | |

Plaintiff, the Securities and Exchange Commission ("SEC" or "the Commission") respectfully moves, pursuant to Rule 15(a)(2), F.R. Civ. P., to file a First Amended Complaint adding three entities – The Factoring Co., June Fujinaga and The Yunji Trust – as relief defendants. Defendants MRI International, Inc. and Edwin Y. Fujinaga, and relief defendant CSA Service Center, LLC, (do/do not) consent to the filing of the amended complaint.

A copy of the proposed amended complaint and a memorandum in support of this motion are filed herewith. This motion is timely filed under the scheduling order entered by the Court on January 7, 2014.

Date:   March 7, 2014                                           Respectfully submitted,

/s/Richard Simpson

RICHARD SIMPSON
JAMES A. KIDNEY
DANETTE EDWARDS
THOMAS SWIERS
100 F St., NE
Washington, D.C. 20549-5949
(202) 551-4441 (Kidney)
(202) 772-9282 (Fax)
kidneyj@sec.gov

Attorneys for the Securities and Exchange Commission

## CERTIFICATE OF SERVICE

The undersigned attorney for the plaintiff hereby certifies that a copy of this Motion to File a First Amended Complaint, the proposed complaint and a memorandum in support of the motion was served via email and the Court's ECF system on the following counsel for the defendants on this 27th day of January 2014.

| | |
|---|---|
| Daniel L. Hitzke | Erick Ferran |
| Hitzke & Associates | Hitzke & Associates |
| 100 Oceangate | 3753 Howard Hughes Parkway |
| Suite 1100 | Suite 200 |
| Long Beach, California 90802 | Las Vegas, Nevada 89169 |
| 562-437-2807 | 702-784-7660 |
| 562-595-9983 (Fax) | 702-784-7649 (Fax) |
| Daniel.hitzke@hitzkelaw.com | Erick.ferran@ahlaw.net |

/s/James A. Kidney