UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : Case No.: 2:13-cv-1658-JCM-CWH |
| Plaintiff, | |
| v. | |
| EDWIN YOSHIHIRO FUJINAGA and MRI INTERNATIONAL, INC., | : **ORDER APPROVING THE ENGAGEMENT LETTER OF COURT-APPOINTED ACCOUNTING FIRM McGLADREY LLP** |
| Defendants, | |
| and | |
| CSA SERVICE CENTER, LLC, | |
| Relief Defendant. | |

This cause comes before the Court on the motion of plaintiff Securities and Exchange Commission for an order approving the engagement letter of Court-appointed accounting firm McGladrey LLP.  The Court has read the SEC's motion and the engagement letter and been informed that defendants Edwin Fujinaga, MRI International, Inc. and relief defendant CSA Service Center, LLC do not object to the motion.

Accordingly, the Court being fully advised in the premises, it is hereby

**ORDERED** that the engagement letter of McGladrey LLP is approved.

SO ORDERED.

Dated:  Las Vegas, Nevada
         April 3  2014

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE