# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EDWIN YOSHIHIRO FUJINAGA and MRI INTERNATIONAL, INC.,<br><br>　　　　　　　　　Defendants,<br><br>　　and<br><br>CSA SERVICE CENTER, LLC<br><br>　　　　　　　　　Relief-Defendant | CASE NO.:　2-13-cv-1658-JCM-CWH<br><br>**ORDER IN RESPONSE TO THE SEC'S APPLICATION FOR CONTEMPT** |

　　　　This cause having come before the Court on the application of Plaintiff Securities and Exchange Commission for a finding of contempt on the ground that Defendants Edwin Fujinaga and MRI International, Inc., and Relief-Defendant CSA Service Center, LLC allegedly violated the asset freeze order of the stipulated preliminary injunction. The Court, after having read and reviewed the papers submitted by the parties, held a hearing and entertained argument at a hearing on the application on April 3, 2014.

/ / /

/ / /

/ / /

/ / /

Accordingly, the Court being fully advised in the premises, it is hereby:

**ORDERED** that the Plaintiff's Application for a Finding of Contempt is denied as to Defendants Edwin Fujinaga, MRI International, Inc., and Relief-Defendant CSA Service Center, LLC.

**SO ORDERED.**

Dated: Las Vegas, Nevada

April 14, 2014

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE