UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| _____ : | Case No.:  2:13-cv-1658-JCM-CWH |
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | **ORDER APPROVING PAYMENT** |
| EDWIN YOSHIHIRO FUJINAGA and : | **OF THE SECOND INVOICE OF** |
| MRI INTERNATIONAL, INC., : | **COURT-APPOINTED** |
| : | **ACCOUNTING FIRM** |
| Defendants, : | **McGLADREY LLP** |
| : | |
| and : | |
| : | |
| CSA SERVICE CENTER, LLC, : | |
| : | |
| Relief Defendant. : | |
| _____: | |

This cause comes before the Court on the motion of plaintiff Securities and Exchange

Commission for an order approving payment of the second invoice, dated April 23, 2014, of

Court-appointed accounting firm McGladrey LLP.  The Court has read the SEC's motion and

reviewed the invoice.

Accordingly, the Court being fully advised in the premises, it is hereby

1.  **ORDERED** that the second invoice of McGladrey LLP is approved and that

McGladrey shall be paid $29,606.71 for 102.10 hours of work and $24.21 in expenses.

2.  **ORDERED** that the asset freeze entered on October 7, 2013, as it applies to account

number XXXXXXX0712, in the name of Claims Servicing of America, LLC, at the Bank of Las

Vegas, shall be lifted **only** to enable Claims Servicing of America, LLC to issue a check, in the

amount of $29,606.71 and payable to McGladrey LLP, for payment of the second invoice.  All

other funds in account number XXXXXXX0712 shall remain frozen and shall not be disbursed

for any reason until further order of the Court.

3.  **ORDERED** that defendant Edwin Fujinaga, in his capacity as manager and sole

owner, shall cause Claims Servicing of America, LLC to issue the check in the amount of

$29,606.71 to McGladrey LLP within seven days of the date of this Order.

SO ORDERED.

Dated:  Las Vegas, Nevada
        May 5, 2014

HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

2