UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : Case No.: 2:13-cv-1658-JCM-CWH |
| Plaintiff, | |
| v. | **ORDER APPROVING PAYMENT** |
| EDWIN YOSHIHIRO FUJINAGA and | **OF THE THIRD INVOICE OF** |
| MRI INTERNATIONAL, INC., | **COURT-APPOINTED** |
| | **ACCOUNTING FIRM** |
| Defendants, | **McGLADREY LLP** |
| and | |
| CSA SERVICE CENTER, LLC, | |
| Relief Defendant. | |

This cause comes before the Court on the motion of plaintiff Securities and Exchange Commission for an order approving payment of the third invoice, dated May 5, 2014, of Court-appointed accounting firm McGladrey LLP.  The Court has read the SEC's motion and reviewed the invoice.

Accordingly, the Court being fully advised in the premises, it is hereby

1.  **ORDERED** that the third invoice of McGladrey LLP is approved and that McGladrey shall be paid $16,848.90 for 55.2 hours of work.

2.  **ORDERED** that the asset freeze entered on October 7, 2013, as it applies to account number XXXXXXX0712, in the name of Claims Servicing of America, LLC, at the Bank of Las Vegas, shall be lifted **only** to enable Claims Servicing of America, LLC to issue a check, in the amount of $16,848.90 and payable to McGladrey LLP, for payment of the third invoice.  All

other funds in account number XXXXXXX0712 shall remain frozen and shall not be disbursed for any reason until further order of the Court.

   3. **ORDERED** that defendant Edwin Fujinaga, in his capacity as manager and sole owner, shall cause Claims Servicing of America, LLC to issue the check in the amount of $16,848.90 to McGladrey LLP within seven days of the date of this Order.

SO ORDERED.

Dated: May 28, 2014.

                  /s/ James C. Mahan
                  HON. JAMES C. MAHAN
                  UNITED STATES DISTRICT JUDGE