UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : Case No.: 2:13-cv-1658-JCM-CWH |
| Plaintiff, | |
| v. | : **ORDER GRANTING DEFENDANT** |
| EDWIN YOSHIHIRO FUJINAGA and MRI INTERNATIONAL, INC., | : **AND RELIEF-DEFENDANT'S** : **MOTION FOR AN ORDER** : **APPROVING PAYMENT OF** |
| Defendants, | : **ATTORNEYS' FEES TO THE** : **LAW FIRM OF HITZKE &** |
| and | : **ASSOCIATES** |
| CSA SERVICE CENTER, LLC, | |
| Relief Defendant. | |

This cause comes before the Court on the motion of Defendants/Relief-Defendant for an Order approving payment of attorneys' fees to the law firm of Hitzke & Associates. The Court has read the motion and reviewed the pleadings on file in this matter.

Accordingly, the Court being fully advised in the premises, it is hereby

1. **ORDERED** that the Defendant/Relief-Defendant's Motion is granted, and in light of the circumstances of the case and the factors considered, the sum of $200,000.00 as and for reasonable attorneys' fees is hereby released to the law firm of Hitzke & Associates.

2. **ORDERED** that the asset freeze entered on October 7, 2013, shall be lifted **only** to enable the release of the aforementioned attorneys' fees to Hitzke & Associates.  This sum shall be paid from the Claims Servicing of America, LLC account, account number XXXXXXX0712 at Bank of Las Vegas, or shall be released to Hitzke & Associates from the Court Registry Account if the SEC's Motion to Deposit Funds Into Court Registry Account is granted.

SO ORDERED.

Dated:  Las Vegas, Nevada
          July 7 , 2014

                                          _____
                                        HON. JAMES C. MAHAN
                                        UNITED STATES DISTRICT JUDGE