RICHARD E. SIMPSON
DAVID S. JOHNSON
DANETTE R. EDWARDS
THOMAS C. SWIERS
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549
Telephone: (202) 551-4492 (Simpson)
simpsonr@sec.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 2:13-cv-1658-JCM-CWH |
| Plaintiff, | |
| v. | **THE SEC'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY** |
| EDWIN YOSHIHIRO FUJINAGA and MRI INTERNATIONAL, INC., | |
| Defendants, | |
| and | |
| CSA SERVICE CENTER, LLC, | |
| Relief Defendant. | |

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, the Securities and Exchange Commission moves the Court for summary judgment on liability against defendants Edwin Fujinaga and MRI International, Inc. If the requested summary judgment is granted, the SEC will then move with respect to the remedies to be imposed, including requesting a judgment or order directing that relief defendant CSA Service Center, LLC disgorge real and personal property held in its name but to which it has no legitimate claim. The reasons supporting the

instant Motion are stated in the accompanying Memorandum of Law.  A proposed form of order also accompanies this Motion.

Dated:  Washington, D.C.  
       July 16, 2014

Respectfully submitted,

/s/ *Richard E. Simpson*  
Richard E. Simpson  
David S. Johnson  
Danette R. Edwards  
Thomas C. Swiers  
Attorneys for Plaintiff  
Securities and Exchange Commission  
100 F Street, N.E.  
Washington, D.C. 20549  
(202) 551-4492 (Simpson)  
simpsonr@sec.gov

## **CERTIFICATE OF SERVICE**

I certify that on July 16, 2014, I served defense counsel identified below with the foregoing SEC'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY, and supporting papers, via the Court's ECF system:

>Daniel L. Hitzke
>Hitzke & Associates
>100 Oceangate
>Suite No. 1100
>Long Beach, California 90802
>Daniel.hitzke@ahlaw.net
>Attorney for Defendants
>
>Erick M. Ferran
>Hitzke & Associates
>2030 East Flamingo Road
>Suite No. 115
>Las Vegas, Nevada 89119
>Erick.ferran@ahlaw.net
>Attorney for Defendants
>
>Johnny L. Griffin, III
>1010 F Street
>Suite No. 200
>Sacramento, California 95814
>jgriffin@johnnygriffinlaw.com
>Attorney for June Fujinaga

>>/s/ *Richard E. Simpson*
>>Richard E. Simpson