# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff(s),<br><br>v.<br><br>EDWIN YOSHIHIRO FUJINAGA and MRI INTERNATIONAL, INC.,<br><br>        Defendant(s),<br><br>  and<br><br>CLAIMS SERVICING OF AMERICA, LLC,<br><br>        Relief Defendant. | 2:13-CV-1658 JCM (CWH) |

## ORDER

Presently before the court is United States Attorney Daniel G. Bogden's motion to admit a government attorney to practice in the District of Nevada. (Doc. # 98). Defendants have not filed an opposition to this motion.

The instant motion requests that the court admit attorney David S. Johnson to practice in the District of Nevada in this and all other actions during his employment with the United States. David S. Johnson is currently employed by the United States Securities and Exchange Commission and is an active member, in good standing, of the bar of the District of Columbia.

**James C. Mahan**
**U.S. District Judge**

Local Rule IA 10-3 provides,

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion to admit David S. Johnson to practice in the District of Nevada, (doc. # 98), be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that United States Securities and Exchange Commission attorney David S. Johnson be admitted to practice before this court during the duration of his employment with the United States.

DATED July 22, 2014.

_/s/ James C. Mahan_
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -