DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDWIN YOSHIHIRO FUJINAGA, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No: 2:13-cv-01658-JCM-CWH |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorneys Danette R. Edwards and Thomas C. Swiers to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Danette R. Edwards and Thomas C. Swiers are attorneys with the Securities and Exchange Commission, an agency of the federal government. Ms. Edwards is an active member in good standing of the bars of Maryland (N/A), U.S. District Court for the District of Maryland (No. 27061), and Washington, D.C. (No. 490223). Mr. Swiers is an active member in good standing of the bar of Washington, D.C. (No. 444872) and U.S. District Court for the District of Columbia (No. 444872).

The following information is provided to the Court:

| Danette Rae Edwards | Thomas C. Swiers |
|---|---|
| Senior Counsel | Senior Counsel |
| Division of Enforcement | Office of International Affairs |
| edwardsda@sec.gov | swierst@sec.gov |
| 202-551-4437 | 202-551-4851 |

United States Securities and Exchange Commission
100 F Street NE
Washington, DC 20549-5949

Accordingly, the United States respectfully requests that the Court admit Danette R. Edwards and Thomas C. Swiers to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 14th day of August 2014.

DANIEL G. BOGDEN
United States Attorney

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney



IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 15, 2014

# PROOF OF SERVICE

I, Blaine Welsh, certify that the following individuals were served the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on this date by the below identified method of service:

**Electronic Case Filing:**

Daniel L. Hitzke
Hitzke & Associates
100 Oceangate, Suite 1100
Long Beach, California 90802
daniel.hitzke@hitzkelaw.com

Erick Ferran
Hitzke & Associates
3753 Howard Hughes Parkway Suite 200
Las Vegas, Nevada 89169
erick.ferran@hitzkelaw.com

*Attorneys for Defendants*

Johnny Lewis Griffin, III
Law Office of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, California 95814
jgriffin@johnnygriffinlaw.com

Jonathan Powell
214 South Maryland Parkway
Las Vegas, Nevada 89101
jpowell.law@gmail.com

*Attorneys for June Fujinaga, Interested Party*

Dated this 14th day of August 2014.

                                            */s/ Blaine T. Welsh*
                                            BLAINE T. WELSH
                                            Assistant United States Attorney