UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

_____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : Case No.:  2:13-cv-1658-JCM-CWH<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | :<br>: |
| EDWIN YOSHIHIRO FUJINAGA and<br>MRI INTERNATIONAL, INC., | : **ORDER APPROVING PAYMENT**<br>: **OF THE FOURTH INVOICE OF**<br>: **COURT-APPOINTED**<br>: **ACCOUNTING FIRM** |
| Defendants, | : **McGLADREY LLP** |
| | :<br>: |
| and | :<br>: |
| CSA SERVICE CENTER, LLC,<br>THE FACTORING COMPANY,<br>JUNE FUJINAGA, and<br>THE YUNJU TRUST, | :<br>:<br>:<br>: |
| | :<br>: |
| Relief Defendants. | : |

_____:

This cause comes before the Court on the motion of plaintiff Securities and Exchange
Commission for an order approving payment of the fourth invoice, dated August 13, 2014, of
Court-appointed accounting firm McGladrey LLP.  The Court has read the SEC's motion and
reviewed the invoice.

Accordingly, the Court being fully advised in the premises, it is hereby

1.  **ORDERED** that the fourth invoice of McGladrey LLP is approved and that
McGladrey shall be paid $29,575 for 104.2 hours of work, plus $217.62 for expenses, for a total
due of $29,792.62.

2.  **ORDERED** that the Clerk of the Court shall issue a check in the amount of
$29,792.62, payable to McGladrey LLP, from the Registry Account of the Court – in particular,

from the cash deposited by the parties into the Registry Account on July 14, 2014 and July 21, 2014 pursuant to the order of the Court dated July 3, 2014 (ECF No. 107).

SO ORDERED.

Dated:  Las Vegas, Nevada
       August 15, 2014

                                       _____
                                       HON. JAMES C. MAHAN
                                       UNITED STATES DISTRICT JUDGE