UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN YOSHIHIRO FUJINAGA and<br>MRI INTERNATIONAL, INC.,<br><br>Defendants,<br><br>and<br><br>CSA SERVICE CENTER, LLC,<br>THE FACTORING COMPANY,<br>JUNE FUJINAGA, and<br>THE YUNJU TRUST,<br><br>Relief Defendants. | Case No.: 2:13-cv-1658-JCM-CWH<br><br>**ORDER APPROVING PAYMENT OF THE INVOICE OF ACCOUNTING FIRM GILMORE & GILMORE** |

This cause comes before the Court on the motion of plaintiff Securities and Exchange Commission for an order approving payment of an invoice, dated May 31, 2014, of the accounting firm of Gilmore & Gilmore, in Las Vegas, Nevada.  The Court has read the SEC's motion and reviewed the invoice.

Accordingly, the Court being fully advised in the premises, it is hereby

1. **ORDERED** that the invoice of Gilmore & Gilmore is approved and that Gilmore & Gilmore shall be paid $5,000 for its cooperation and work with the Court-appointed accounting firm McGladrey LLP.

2. **ORDERED** that the Clerk of the Court shall issue a check in the amount of $5,000, payable to Gilmore & Gilmore, from the Registry Account of the Court – in particular, from the

cash deposited by the parties into the Registry Account on July 14, 2014 and July 21, 2014 pursuant to the order of the Court dated July 3, 2014 (ECF No. 107).

SO ORDERED.

Dated: Las Vegas, Nevada
       November 5, 2014

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE