AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

V.

EDWIN YOSHIHIRO FUNINAGA and MRI INTERNATIONAL, INC., et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-CV-1658 JCM (CWH)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Plaintiff Securities and Exchange Commission and against Defendants Edwin Fujinaga and MRI International, Inc. Defendants shall be jointly and severally liable for disgorgement of proceeds in the amount of $442,229,611.70 and prejudgment interest in the amount of $102,129,752.38. Defendants shall also be liable for civil money penalties of $20,000,000.00 each. Defendants are hereby permanently enjoined from any further securities violations.

1/27/2015

Date

/s/ Lance S. Wilson

Clerk

/s/ D. Johnson

(By) Deputy Clerk