UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN YOSHIHIRO FUJINAGA and<br>MRI INTERNATIONAL, INC.,<br><br>Defendants,<br><br>and<br><br>CSA SERVICE CENTER, LLC,<br>THE FACTORING COMPANY,<br>JUNE FUJINAGA, and<br>THE YUNJU TRUST,<br><br>Relief Defendants. | Case No.: 2:13-cv-1658-JCM-CWH<br><br>**RULE 54(b) CERTIFICATION** |

The Court having entered an Order granting the Securities and Exchange Commission's motion for judgment (Docket No. 188), and the Clerk of the Court having entered the Judgment against Defendants Edwin Fujinaga and MRI International, Inc. (the "Judgment") (Docket No. 189), the Court hereby CERTIFIES that there is no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, in the appeal and enforcement of the Judgment, and the Judgment shall be a Final Judgment as against Defendants Edwin Fujinaga and MRI International, Inc., forthwith and without further notice.

DATE: February 25, 2015.

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE