UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 2:13-cv-1658-JCM-CWH |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION** |
| EDWIN YOSHIHIRO FUJINAGA and | **OF TIME FOR DEFENDANTS/** |
| MRI INTERNATIONAL, INC., | **RELIEF-DEFENDANTS TO FILE** |
| | **REPLY BRIEF TO SEC'S** |
| Defendants, | **OPPOSITION TO DEFENDANT'S** |
| | **MOTION FOR** |
| and | **RECONSIDERATION AND/OR** |
| | **TO AMEND/ALTER FINAL** |
| CSA SERVICE CENTER, LLC, | **JUDGMENT (DOCKET #198)** |
| Relief Defendant. | **(FIRST REQUEST)** |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS/RELIEF-DEFENDANTS TO FILE REPLY BRIEFS TO SEC'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION AND/OR TO AMEND/ALTER FINAL JUDGMENT (DOCKET #198)**

**(FIRST REQUEST)**

Plaintiff Securities and Exchange Commission, Defendants Edwin Fujinaga and MRI International, Inc., and Relief Defendants CSA Service Center, LLC, and THE FACTORING COMPANY hereby stipulate to an extension of time, until Wednesday, April 15, 2015, for Defendants/Relief-Defendants to file their Reply Brief to Plaintiff SEC's Opposition To Defendants' Motion For Reconsideration And/Or To Amend/Alter Final Judgment (Docket #198, Reply Due 04/05/2015). Defendants/Relief-Defendants Reply brief in support of their motion is presently due on April 5, 2015. This is the first request for an extension with respect to the filing of these documents, and is made in good-faith and not for the purposes of the delay.

**IT IS ORDERED** that, pursuant to the stipulation of the parties, the deadline for Defendants/Relief-Defendant to file their Reply Briefs to Plaintiff SEC's Opposition to Defendants' Motion For Reconsideration And/or To Amend/Alter Final Judgment (Docket #198) shall be extended until April 15, 2015.  This is the first request for an extension with respect to these filings.

**Dated:**
April 1, 2015

Respectfully submitted,

/s/ *Richard E. Simpson*
Richard E. Simpson
Attorney for Plaintiff
Securities and Exchange
Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4492 (Simpson)
simpsonr@sec.gov

/s/ *Erick Ferran*
Erick Ferran
Nevada Bar # 9554
Hitzke & Associates
Attorneys for Defendants and Relief-Defendants
2030 E. Flamingo Road, Suite 115
Las Vegas, NV 89119
Erick.ferran@hitzkelaw.com

**IT IS SO ORDERED.**

**DATE:**  April 2, 2015

_____
**HONORABLE JAMES C. MAHAN**
**UNITED STATES DISTRICT JUDGE**