UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:13-CV-1658 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| EDWIN YOSHIHIRO FUJINAGA and MRI INTERNATIONAL, INC., et al., | |
| Defendant(s). | |

On February 23, 2015, the court entered an order appointing Robb Evans & Associates LLC as equitable receiver in this case.  (Doc. # 194).  The court ordered that "[i]n accordance with Local Rule 66-4, within sixty days of being appointed, the receiver shall file a verified report and account of the receiver's administration, which shall be heard in a hearing before the court upon fourteen days' notice to all parties and known creditors of MRI International."  (Doc. # 194).

On April 24, 2015, the receiver filed its report on the docket.  The receiver states that the report has been served on all parties and known creditors of MRI International.  (Doc. # 212).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties shall appear for a hearing on Friday, May 15, 2015, at 10:00 am, in courtroom 6A.

IT IS FURTHER ORDERED that any objections to the receiver's report shall be filed with the court by May 8, 2015.

DATED April 27, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**