UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION, )
                Plaintiff,

vs.

EDWIN YOSHIHIRO FUJINAGA, *et al.*,
                Defendants.

Case No. 2:13-cv-01658-JCM-CWH

**ORDER**

       This matter was referred to this Court on Receiver Rob Evans & Associate LLC's ("receiver") Motion for Appointment of Counsel (doc. # 214), filed April 27, 2015.

       Upon review of the instant motion, this Court deems it appropriate to require the receiver to solicit bid proposals for the position of counsel to the receiver. The Court directs the receiver to submit the bid proposals directly to this Court's chambers no later than June 1, 2015. Following submission of the foregoing, the receiver shall await further order of this Court.

       Accordingly, **IT IS HEREBY ORDERED** that the receiver shall solicit bid proposals for the position of counsel to the receiver, and submit these proposals directly to this Court's chambers **no later than June 1, 2015 at 3 p.m.**

       **IT IS FURTHER ORDERED** that following submission of the bid proposals, the receiver shall await further order of this Court.

       DATED: April 28, 2015

                                                            _____
                                                            **C.W. Hoffman, Jr.**
                                                            **United States Magistrate Judge**