RICHARD E. SIMPSON
DAVID S. JOHNSON
DANETTE R. EDWARDS
THOMAS C. SWIERS
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549
Telephone: (202) 551-2218 (Johnson)
johnsonds@sec.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 2:13-cv-1658-JCM-CWH |
| Plaintiff, | |
| v. | **THE SEC'S CONSENT MOTION TO CONTINUE THE HEARING ON THE RECEIVER'S MOTION FOR THE APPOINTMENT OF COUNSEL** |
| EDWIN YOSHIHIRO FUJINAGA and MRI INTERNATIONAL, INC., | |
| Defendants, | |
| and | |
| CSA SERVICE CENTER, LLC, THE FACTORING COMPANY, JUNE FUJINAGA, and THE YUNJU TRUST, | |
| Relief Defendants. | |

Plaintiff Securities and Exchange Commission ("SEC") hereby respectfully requests that the Court continue the hearing before Magistrate Judge Carl W. Hoffman on the receiver's motion for the appointment of counsel. The motions hearing currently is scheduled for June 18, 2015, at 2:30 p.m. If it is convenient for the Court, the SEC requests a new hearing date on June 25, June 30, or July 1, 2015.

On June 1, 2015, the Court issued a minute order scheduling a hearing before Magistrate Judge Hoffman on the receiver's motion for the appointment of counsel for June 18, 2015, at 2:30 p.m.  Undersigned counsel, who intends to attend the hearing on behalf of the SEC, has a conflict (that was scheduled in February) on the current hearing date.  Undersigned counsel contacted counsel for the defendants; they do not oppose this request and are available on the proposed dates.  Undersigned counsel also contacted the receiver; the receiver is available on the proposed dates.

WHEREFORE, the SEC respectfully requests that the hearing before Magistrate Judge Hoffman on the receiver's motion for the appointment of counsel be continued to June 25, June 30, or July 1, 2015, or any other date that is convenient for the Court and the parties.

Dated:  Washington, D.C.
       June 4, 2015

Respectfully submitted,

/s/ *David S. Johnson*
Richard E. Simpson
David S. Johnson
Danette R. Edwards
Thomas C. Swiers
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-2218 (Johnson)
johnsonds@sec.gov

**IT IS SO ORDERED.  THE MOTIONS HEARING BEFORE MAGISTRATE JUDGE CARL W. HOFFMAN CURRENTLY SCHEDULED FOR JUNE 18, 2015, AT 2:30 PM IS HEREBY CONTINUED TO** Thursday, July 16, 2015 at 10:00 a.m.

DATED: June 5, 2015

_____
**HONORABLE CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE**