1
2
3
4                    UNITED STATES DISTRICT COURT
5                         DISTRICT OF NEVADA
6                                 * * *

7   SECURITIES AND EXCHANGE                    Case No. 2:13-CV-1658 JCM (CWH)
    COMMISSION,
8                                                         ORDER
    Plaintiff(s),
9
            v.
10
    EDWIN YOSHIHIRO FUJINAGA and MRI
11  INTERNATIONAL, INC., et al.,

12  Defendant(s).

13

14          Presently before the court is the matter of *SEC v. Fujinaga et al.*, case number 2:13-cv-
15  01658-JCM-CWH.
16          On January 16, 2017, receiver Robb Evans & Associates LLC ("receiver") filed a motion
17  for an order (1) authorizing, approving, and confirming sale of real property located at 5330, 5370,
18  and 5420 S. Durango Drive and sale and overbid procedures and for related relief, and (2) granting
19  relief from Local Rule 66-5 pertaining to notice to creditors.  (ECF No. 374).  No responses were
20  filed, and the period to do so has since passed.
21          Receiver is instructed to file a proposed order within seven (7) days of the entry of this
22  order.
23          Accordingly,
24          IT IS SO ORDERED.
25          DATED February 7, 2017.
26
27                                              _____
                                                UNITED STATES DISTRICT JUDGE
28

**James C. Mahan**
**U.S. District Judge**