UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN YOSHIHIRO FUJINAGA and<br>MRI INTERNATIONAL, INC.,<br><br>Defendants,<br><br>and<br><br>CSA SERVICE CENTER, LLC,<br>THE FACTORING COMPANY,<br>JUNE FUJINAGA, and<br>THE YUNJU TRUST,<br><br>Relief Defendants. | Case No.: 2:13-cv-1658-JCM-CWH<br><br>**[PROPOSED] ORDER** |

Presently before the Court is Plaintiff Securities and Exchange Commission's ("SEC") motion to admit Kevin P. O'Rourke, an attorney with the SEC and a member in good standing of the bar of the District of Columbia, to practice in the District of Nevada.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the motion to admit be, and by the same hereby is, GRANTED.

IT IS FURTHER ORDERED that SEC attorney Kevin P. O'Rourke be admitted to practice before this Court during the duration of his employment by the United States.

DATED: March 27, 2017

_____
UNITED STATES MAGISTRATE JUDGE