Jason G. Landess, Esq.
Nevada Bar No. 0288
7054 Big Springs Court
Las Vegas, Nevada 89113
Tel: (702) 232-3913
Fax: (702) 248-4122
Email: Jland702@cox.net

Attorney for Arise Construction, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>EDWIN YOSHIHIRO FUJINAGA and MRI INTERNATIONAL, INC.,<br><br>Defendants,<br><br>and<br><br>CSA SERVICE CENTER, LLC<br>THE FACTORING COMPANY,<br>JUNE FUJINAGA, and<br>THE YUNJU TRUST,<br><br>Relief Defendants. | Case No.: 2:13-cv-01658-JCM-CWH<br><br>**ORDER GRANTING MOTION TO AUTHORIZE AND DIRECT THE RECEIVER TO RELEASE SETTLEMENT FUNDS** |

This case is before the Court on movant Arise Construction, Inc.'s ("Arise") *Notice of Motion and Opportunity to Object and Motion to Authorize and Direct the Receiver to Release Settlement Funds* (the "Motion") [ECF No. 403]. The Motion was served via the ECF system on March 20, 2017, and by U.S. Certified

Mail, Return Receipt Requested upon Antony Santos, Esq, counsel for an unsecured creditor, and upon the United States Internal Revenue Service by mail dated March 20, 2017. The dates and manner of service are contained in the Certificate of Mailing of the Motion.

The Motion came on regularly before the Court for determination, the Honorable James C. Mahan, United States District Judge, presiding. Pursuant to LR 7-2, an opposing party must file points and authorities in response to a motion and failure to file a timely response constitutes the party's consent to the granting of the motion. *See* LR 7-2(d); *United States v. Warren*, 601 F..2d 471, 474 (9th Cir. 1979). The Court reviewed and considered the Motion, Defendant CSA Service Center, LLC's ("CSA") Response to the Motion [ECF No. 410], and Arise's Reply [ECF No. 411] to CSA's Response. No other Defendant, nor any other party, filed any opposition or objection to the Motion; and the deadline to do so has passed. Nevertheless, the Court reviewed the substantive merits and grants the Motion in full.

IT IS ORDERED THAT:

1. The Motion, and all relief sought therein, is granted in its entirety; and

2. Robb Evans & Associates LLC, the Receiver in this case, is therefore authorized and directed to release and forthwith pay directly to Jason G. Landess,

Esq., as attorney and agent for movant Arise Construction, Inc. ("Arise"), the sum of One-Hundred-and-Forty-Thousand Dollars ($140,000.00), representing the settlement funds arising out of Clark County, Nevada District-Court Case No. A-13-691477-C.

IT IS SO ORDERED:

_____
The Honorable James C. Mahan
UNITED STATES DISTRICT COURT JUDGE

DATED: April 12, 2017 _____