# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

EDWIN YOSHIHIRO FUJINAGA, et al.,

    Defendants.

Case No. 2:13-cv-01658-JCM-CWH

**ORDER**

Presently before the Court is attorney Michael V. Cristalli's motion to withdraw as counsel of record (ECF No. 452), filed on October 26, 2017. Mr. Cristalli and the law firm Gentile, Cristalli, Miller, Armeni & Savarese represent Relief Defendants June Fujinaga and the Yunju Trust in this matter, and seek leave of the Court to withdraw as counsel, citing failure of Relief Defendants to fufill monetary obligations to the law firm. The Court will grant counsel's motion.

IT IS THEREFORE ORDERED that Michael V. Cristalli's motion to withdraw as counsel of record (ECF No. 452) is GRANTED. Mr. Cristalli shall serve Relief Defendants June Fujinaga and the Yunju Trust with a copy of this order.

IT IS FURTHER ORDERED that Relief Defendant The Yunju Trust must retain a new attorney and file a notice of appearance no later than November 30, 2017.

DATED: October 30, 2017

                                  _____
                                  C.W. Hoffman, Jr.
                                  United States Magistrate Judge