# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

EDWIN YOSHIHIRO FUJINAGA, et al.,

    Defendants.

Case No. 2:13-cv-01658-JCM-CWH

**ORDER**

Presently before the Court is attorney Matthew B. Jorden, William T. Jorden, and Larson A. Welsh's motion to withdraw as counsel (ECF No. 454), filed on November 8, 2017. Movants seek leave of the Court to withdraw as counsel, for Defendant Edwin Yoshihiro Fujinaga, Defendant MRI International, Inc., Relief Defendant CSA Service Center, LLC, and Relief Defendant The Factoring Co., citing completion of all legal services for which they were retained. Movants represent that they have notified opposing counsel, and that their withdrawal will not result in any delay in these proceedings. The Court will therefore grant the motion.

IT IS THEREFORE ORDERED that counsel's motion to withdraw (ECF No. 454) is GRANTED. Counsel shall serve Defendants and Relief Defendants with a copy of this order.

IT IS FURTHER ORDERED that Relief Defendants CSA Service Center, LLC, and The Factoring Co. must retain a new attorney and file a notice of appearance no later than December 8, 2017.

DATED: November 16, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1