KEVIN P. O'ROURKE
DANETTE R. EDWARDS
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549
Telephone: (202) 551-4442 (O'Rourke)
orourkek@sec.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 2:13-cv-1658-JCM-CWH |
| Plaintiff, | |
| v. | **THE SEC'S MOTION TO WITHDRAW COUNSEL** |
| EDWIN YOSHIHIRO FUJINAGA and MRI INTERNATIONAL, INC., | |
| Defendants, | |
| and | |
| CSA SERVICE CENTER, LLC, THE FACTORING COMPANY, JUNE FUJINAGA, and THE YUNJU TRUST, | |
| Relief Defendants. | |

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court to allow the withdrawal of Kevin P. O'Rourke as a counsel of record in this case. Mr. O'Rourke is retiring from the SEC at the end of the month. SEC attorney Danette R. Edwards will continue to represent the SEC in this matter and the SEC will soon be filing a motion to admit Sarah Heaton Concannon to replace Mr. O'Rourke as trial counsel for the SEC. On December 18,

2017, the undersigned counsel contacted counsel to the receiver in the above-referenced action, who does not oppose this motion.

                                            Respectfully submitted,

Dated: Washington, D.C.        By:    /s/ *Kevin P. O'Rourke*
       December 18, 2017               Kevin P. O'Rourke
                                          Danette R. Edwards
                                          Securities and Exchange Commission
                                          100 F Street, N.E.
                                          Washington, D.C. 20549
                                          (202) 551-4442 (O'Rourke)
                                          orourkek@sec.gov

IT IS SO ORDERED.

DATED: 12/20/17

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify that, on December 18, 2017, I served counsel of record with the foregoing motion via the Court's ECF system.

/s/ *Kevin P. O'Rourke*
Kevin P. O'Rourke
