1

2

3

4                          UNITED STATES DISTRICT COURT

5                                DISTRICT OF NEVADA

6                                        * * *

7   SECURITIES AND EXCHANGE                    Case No. 2:13-CV-1658 JCM (CWH)
    COMMISSION,
8                                                          ORDER
    Plaintiff(s),
9
                v.
10
    EDWIN YOSHIHIRO FUJINAGA and MRI
11  INTERNATIONAL, INC., et al.,

12  Defendant(s).

13

14          Presently before the court is plaintiff United States Securities and Exchange Commission's

15  ("SEC") motion to admit Sarah Heaton Concannon (ECF No. 459), an attorney with the SEC and

16  a member in good standing of the bars of the Commonwealth of Massachusetts and the State of

17  New York, to practice in the District of Nevada. Defendants have not filed an opposition to this

18  motion.

19
            Local Rule IA 10-3 provides,
20
            Unless the court orders otherwise, any attorney who is a member in good standing of the
21          highest court of any state, commonwealth, territory, or the District of Columbia, who is
            employed by the United States as an attorney and has occasion to appear in this court on
22          behalf of the United States, is entitled to be permitted to practice before this court during
            the period of employment upon motion by the employing federal entity, the United States
23          Attorney, the United States Trustee's Office, or the Federal Public Defender for this district
            or one of the assistants.
24

25

26  . . .

27  . . .

28  . . .

**James C. Mahan**
**U.S. District Judge**

1   Accordingly,

2        IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion to admit

3
    Sarah Heaton Concannon to practice in the District of Nevada (ECF No. 459) be, and the same
4
    hereby is, GRANTED.
5

6        IT IS FURTHER ORDERED that SEC attorney Sarah Heaton Concannon be admitted to

7   practice before this Court during the duration of her employment with the United States.

8
         DATED December 27, 2017.
9

10                                          _____
                                            UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28