SARAH HEATON CONCANNON
DANETTE R. EDWARDS
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549
Telephone: (202) 551-5361 (Concannon)
ConcannonS@sec.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN YOSHIHIRO FUJINAGA and<br>MRI INTERNATIONAL, INC.,<br><br>Defendants,<br><br>and<br><br>CSA SERVICE CENTER, LLC,<br>THE FACTORING COMPANY,<br>JUNE FUJINAGA, and<br>THE YUNJU TRUST,<br><br>Relief Defendants. | Case No.: 2:13-cv-1658-JCM-CWH<br><br>**THE SEC'S MOTION TO WITHDRAW COUNSEL** |

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court to allow the withdrawal of Richard E. Simpson as a counsel of record in this case. Mr. Simpson has left the SEC. SEC attorneys Sarah Heaton Concannon and Danette R. Edwards will continue to represent the SEC in this matter. On January 2, 2018, the undersigned counsel contacted counsel of record in the above-referenced action, who do not oppose this motion.

|  |  |  | Respectfully submitted, |
|---|---|---|---|
| Dated: | Washington, D.C.<br>January 8, 2018 | By: | /s/ *Sarah Heaton Concannon*<br>Sarah Heaton Concannon<br>Danette R. Edwards<br>Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, D.C. 20549<br>(202) 551-5361 (Concannon)<br>ConcannonS@sec.gov |

IT IS SO ORDERED.

DATED: January 9, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

  I certify that, on January 8, 2018, I served counsel of record with the foregoing motion via the Court's ECF system.

                 /s/ *Sarah Heaton Concannon*
                 Sarah Heaton Concannon