1  DANIEL W. GLASSER, ESQ.
   Nevada Bar No. 6990
2  CHIPMAN GLASSER, LLC.
   2000 S. Colorado Blvd.
3  Tower One, Suite 7500
   Denver, CO 80222
4  Telephone No.: (303) 578-5780
   Facsimile No.: (303) 578-5790
5  dglasser@chipmanglasser.com

6  *Attorney for Helen Tang*

7            **UNITED STATES DISTRICT COURT**
                **DISTRICT OF NEVADA**
8

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 2:13-cv-01658-JCM-CWH |
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO EXTEND HELEN TANG'S DEADLINE TO FILE A RESPONSE TO THE RECEIVER'S MOTION** |
| vs. | |
| EDWIN YOSHIHIRO FUJINAGA; and MRI INTERNATIONAL, INC., | |
| Defendants, | (FIRST REQUEST) |
| and | |
| CSA SERVICE CENTER, LLC; THE FACTORING COMPANY; JUNE FUJINAGA; and THE YUNJU TRUST, | |
| Relief Defendants. | |

        Helen Tang ("Ms. Tang"), by and through her counsel Daniel W. Glasser of the law firm

of Chipman Glasser, LLC on the one hand, and Robb Evans & Associates LLC, as receiver (the

"Receiver") by and through its counsel, Michael F. Lynch of the Lynch Law Practice, PLLC on

the other hand, hereby stipulate to the following:

        1.      That the Receiver filed its *Motion for Order Authorizing, Directing, and

Requiring Rabobank, N.A. and Helen Tang to Immediately Turn Over to the Receiver All

Proceeds from the Sale of One Stop Pharmacy,* on December 20, 2017 (ECF No. 464) (the

"Motion"). The Receiver filed and served upon Ms. Tang by mail, its Notice of Motion and

Opportunity to Object on December 21, 2017. (ECF Nos. 466, 468);

        2.      That Ms. Tang's response to the Motion was due January 8, 2018. (Fed. R. Civ. P.

6(d) and LR 7-2);

1    3.    That the parties' original Stipulation and Order filed January 8, 2018 (ECF

2    No. 472) mistakenly proposed the court holiday January 15 as the deadline, and thus the parties

3    hereby submit this Amended Stipulation and Order stipulating to a January 16, 2018 deadline;

4    4.    That Ms. Tang requires additional time beyond the original deadline in light of the

5    following: (a) the Receiver's Motion was filed just before the year-end holidays, during which

6    time the undersigned attorneys' and their staffs' regular work schedules were altered and reduced

7    in advance where feasible, (b) Ms. Tang expended reasonable efforts to retain counsel and

8    retained Mr. Glasser on January 5, 2018, and (c) Mr. Glasser has thereby had insufficient time to

9    become fully familiar with the issues raised in the Motion and prepare a substantive response;

10    5.    That it is appropriate under the circumstances to allow Ms. Tang's above-

11    referenced counsel up to and including Tuesday, January 16, 2018 to file a response to the

12    Motion on behalf of Ms. Tang; and

13    6.    That, subject to entry of the order proposed below, the deadline to respond to the

14    Receiver's Motion shall be extended for Ms. Tang only, as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Ms. Tang's deadline to file a response to the Receiver's Motion | 01/08/2018 | 01/16/2018 |

18    DATED January 11, 2018.

19    CHIPMAN GLASSER, LLC                    LYNCH LAW PRACTICE, PLLC

20

21    DANIEL W. GLASSER, ESQ.                 Michael F. Lynch
      Nevada Bar No. 6990                     Nevada Bar No. 8555
22    2000 S. Colorado Blvd.                  3613 S. Eastern Ave.
      Tower One, Suite 7500                   Las Vegas, Nevada 89169
23    Denver, CO 80222                        702.684.6000
      Telephone No.: (303) 578-5780          702.413.8282 (direct)
24    Facsimile No.: (303) 578-5790          702.543.3279 (fax)
      dglasser@chipmanglasser.com            Michael@LynchLawPractice.com

25    *Attorney for Helen Tang*                *Attorney for the Receiver*
                                             *Robb Evans & Associates LLC*
26
                                             IT IS SO ORDERED.
27        This order
          supersedes the
28        parties' stipulation    DATED:  January 12, 2018
          at #472, which is
          hereby DENIED as
          MOOT.                   _____
                                  C.W. HOFFMAN, JR.
                                  UNITED STATES MAGISTRATE JUDGE