# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SECURITIES EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN YOSHIHIRO FUJINAGA, et al.,<br><br>Defendants. | Case No. 2:13-cv-01658-JCM-CWH<br><br>**ORDER** |

The United States Postal Service has returned as undeliverable the court's last two mailings in this case. (Mail Returned as Undeliverable (ECF Nos. 496, 497); Orders (ECF Nos. 494, 495).) Thus, it appears that the Yunju Trust is no longer at the address on file with the court. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Yunju Trust must file a notice with its current address with the court by June 14, 2018. If The Yunju Trust does not update its address by that date, the court will recommend sanctions.

IT IS SO ORDERED.

DATED: May 15, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE