CLARK HILL PLLC
MARK S. DZARNOSKI, ESQ.
Nevada Bar No. 3398
E-mail: mdzarnoski@clarkhill.com
MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6696
E-mail: mcristalli@clarkhill.com
DOMINIC P. GENTILE, ESQ.
Nevada Bar No. 1923
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 862-8400

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> EDWIN YOSHIHIRO FUJINAGA and MRI INTERNATIONAL, INC., <br><br> Defendants. <br><br> and <br><br> CSA SERVICE CENTER, LLC THE FACTORING COMPANY, JUNE FUJINAGA, and THE YUNJU TRUST, <br><br> Relief Defendants. | CASE NO. 2:13-cv-01658-JCM-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO RECEIVER'S APPLICATION FOR AN ORDER TO SHOW CAUSE WHY FORMER COUNSEL FOR DEFENDANT SHOULD NOT BE COMPELLED TO RETURN ESTATE FUNDS** <br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Former Defense Counsel for relief defendant June Fujinaga and the Yunju Trust, Michael V. Cristalli, Esq., and Dominic P. Gentile, Esq., of the law firm of Clark Hill, PLLC and Counsel for the Receiver, Robb Evans & Associates, LLC, Michael F. Lynch, Esq., of the law firm of Lynch Law Practice, PLLC, hereby respectfully submit this Stipulation and Order Extending Time for Former Defense Counsel for relief defendant June Fujinaga and the Yunju Trust to Respond to

Receiver's Application for an Order to Show Cause Why Former Counsel For Defendant Should Not Be Compelled To Return Estate Funds.  This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court.  This is the first request for an extension of time to file a response to Receiver's Application for an Order to Show Cause Why Former Counsel for Defendant Should Not Be Compelled To Return Estate Funds.

Receiver's Application for an Order to Show Cause Why Former Counsel for Defendant Should Not Be Compelled To Return Estate Funds [ECF 556] was filed on March 31, 2020.  The Response to Receiver's Application is due April 14, 2020.

Upon agreement by and between all the parties, the undersigned respectfully requests that this Court grant an extension of time in which the Response to Receiver's Application for an Order to Show Cause Why Former Counsel for Defendant Should Not Be Compelled To Return Estate Funds currently due April 14, 2020 be extended for a period of seven (7) days up to and including April 21, 2020.

. . .

. . .

. . .

. . .

The reason for this request is that the COVID 19 emergency and related limitations have significantly hampered Clark Hill and Former Defense Counsel's ability to complete their Reponses to Receiver's Application.

DATED this 14th day of April, 2020.

CLARK HILL, PLLC

 /s/ Mark S. Dzarnoski, Esq.
MARK S. DZARNOSKI, ESQ.
Nevada Bar No. 3398
MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6696
DOMINIC P. GENTILE, ESQ.
Nevada Bar No. 1923
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Tel:  (702) 862-8300
*Former Defense Counsel June Fujinaga and The Yunja Trust*

DATED this 14th day of April, 2020.

LYNCH LAW PRACTICE, PLLC

  /s/ Michael F. Lynch, Esq.
MICHAEL F. LYNCH, ESQ.
Nevada Bar No. 8555
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Tel: (702) 684-6000
*Attorneys for the Receiver, Robb Evans & Associates, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: April 15, 2020 _____