# United States District Court
## District of Nevada

**Chambers of**
**Honorable James C. Mahan**
**Senior United States District Judge**

**Lloyd D. George U.S. Courthouse**
333 Las Vegas Boulevard South
Suite 6085
Las Vegas, Nevada 89101
(702) 464-5520

TO:
Hiroshi Yamaguchi
Tokyo Kyodo Law Office
Sawada Bldg. 5th Floor 1-15-9
Shinjuku Ku
Tokyo, Japan 160-0022

CC:
Securities and Exchange Commission
One Penn Center
1617 JFK Blvd., Ste. 520
Philadelphia, Pa. 19103

RE: Case No. 2:13-cv-01658-JCM-CWH
Securities and Exchange Commission v. Edwin Yoshihiro Fujinaga, and MRI International, Inc.

    The court is in receipt of your November 21, 2025, letter, expressing your readiness to proceed with the distribution of the funds in this case. However, according to Kroll LLC's eighth status report, filed October 1, 2025, the funds are not yet ready for distribution. There are several steps remaining before Kroll and the SEC anticipate the funds will be ready for distribution, including the SEC's receipt of the residual funds, compilation of the final payee list, and providing the bank with a final amount to be transferred.

    The court expects Kroll LLC to file another status report on or before December 31, 2025.

Very truly yours,

*[signature: James C. Mahan]*

UNITED STATES DISTRICT JUDGE
DATED: December 5, 2025