CATHERINE E. PAPPAS
(*pro hac* pursuant to LR IC 2-1)
SECURITIES AND EXCHANGE COMMISSION
1617 JFK Blvd., Ste. 520
Philadelphia, PA 19103
Telephone: (215) 597-0657
pappasc@SEC.GOV
Counsel for Plaintiff,
Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>          **Plaintiff,**<br><br>          v.<br><br>**EDWIN YOSHIHIRO FUJINAGA, et al.,**<br>          **Defendants,**<br><br>          **and**<br><br>**JUNE FUJINAGA,**<br>**CSA SERVICE CENTER, LLC,**<br>**THE FACTORING CO., and**<br>**THE YUNJU TRUST,**<br>          **Relief Defendants.** | **Case No.:  2:13-cv-1658-JCM-** DJA<br><br>**Order on Motion to Withdraw** |

**Order on Motion to Withdraw**

The Court has reviewed the motion of Catherine E. Pappas, Esq., counsel of record for the plaintiff, the Securities and Exchange Commission (the "SEC"), to withdraw as counsel for the SEC;  and for good cause shown;

**IT IS HEREBY ORDERED** that Catherine E. Pappas, Esq. is hereby **GRANTED** leave to withdraw as counsel from the above-captioned case pursuant to Local Rule IA 11-6  The

Clerk of Court is directed to note on the docket that her representation of the Plaintiff is terminated.

**IT IS SO ORDERED.**

Dated: 1/22/2026

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE