KESHIA W. ELLIS
(*pro hac* pursuant to LR IC 2-1)
SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
Washington, DC 20549
Telephone: (202) 551-4406
elliskw@SEC.GOV
Counsel for Plaintiff,
Securities and Exchange Commission

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>       **Plaintiff,**<br><br>    v.<br><br>**EDWIN YOSHIHIRO FUJINAGA, et al.,**<br>       **Defendants,**<br><br>    **and**<br><br>**JUNE FUJINAGA,**<br>**CSA SERVICE CENTER, LLC,**<br>**THE FACTORING CO., and**<br>**THE YUNJU TRUST,**<br>      **Relief Defendants.** | **Case No.:  2:13-cv-1658-JCM-CWH**<br><br>**Order to Disburse** |

The Court has reviewed the Securities and Exchange Commission's (the "SEC") Motion for an Order to Disburse, the accompanying Memorandum and Declaration in support, and any related filings; has considered all arguments presented; and for good cause shown;

**IT IS HEREBY ORDERED** that:

1.  The SEC is authorized to transfer $34,385,541.38 to the escrow account established by the Distribution Agent at The Huntington National Bank, N.A. in accordance with directions to be provided to the SEC staff by the Distribution Agent; and

2.    The Distribution Agent shall distribute those funds in accordance with the distribution plan approved by this Court (ECF No. 594).

**IT IS SO ORDERED.**

Dated:  April 24, 2026.

_____
James C. Mahan
U.S. District Judge

2